C. A. No. 74-252. STATE *v.* ANTHONY CIULLA *et al.* Motion of the defendants for an extension of time in which to file their brief is granted. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Bevilacqua & Cicilline, John F. Cicilline, Joseph A. Capineri,* for defendants.

APPEAL No. 74-241. STATE *v.* STEVEN P. SLEZAK. Motion of State that the defendant file a more complete transcript is denied. Since the defendant has satisfied the court that he is indigent, the State is directed to obtain a more complete transcript at its own expense if said transcript is desired by the State. See *Griffin* v. *Illinois,* 351 U. S. 12, 76 S.Ct. 585, 100 L.Ed. 891 (1956), and *Britt* v. *North Carolina,* 404 U. S. 226, 92 S.Ct. 431, 30 L.Ed.2d 400 (1971). *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 74-306. BRISTOL SCHOOL DEPARTMENT *v.* COMMISSION FOR HUMAN RIGHTS. Petition of defendant for writ of certiorari is denied. Motion of defendant to treat notice of appeal as petition for writ of certiorari is granted. *Anthony R. Berretto,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, for defendant.

APPEAL No. 75-10. MARTIN MALINOU, *Public Administrator v.* RHODE ISLAND HOSPITAL TRUST NATIONAL BANK, *Administrator of Estate of Ernest V. Beazley.* Motion of defendant to affirm judgment below pursuant to Rule 16(g) is denied. *Martin Malinou,* plaintiff, pro se. *Swan, Keeney, Jenckes & Asquith, Henry M. Swan,* for defendant.